COM.

v.

**JOHNSON, A.**

**1396 MDA 2016**

Superior Court of Pennsylvania.

03/29/2017

Reargument Denied 6/6/2017

CP–40–CR–0000117–2012

(Luzerne)

Affirmed

COM.

v.

**CARRINGTON, D.**

**1459 MDA 2016**

Superior Court of Pennsylvania.

03/29/2017

CP–22–CR–0000941–2014

(Dauphin)

Affirmed

COM.

v.

**GRAY, D.**

**579 WDA 2016**

Superior Court of Pennsylvania.

03/29/2017

CP–07–CR–0002592–2011

(Blair)

Affirmed

COM.

v.

**YEISER, S.**

**712 WDA 2016**

Superior Court of Pennsylvania.

3/29/2017

CP–17–CR–0000200–2016

(Clearfield)

Remanded Jurisdiction Retained

